IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> 0.5467 ACRES OF LAND, MORE OR § <br> LESS, SITUATE IN STARR COUNTY, § <br> STATE OF TEXAS; AND JUAN § <br> INDALECIO GARCIA, et al., § <br> § <br> *Defendants.* § | CASE NO.   7:20-CV-434 |

## CLERK'S RECEIPT

I, Nathan Ochsner, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on March 24, 2021, I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS** ($750.00), being the estimated amount of just compensation in the above entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By:   *Kathy Nguyen*
**Deputy Clerk**